THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY N. HANSEN,<br><br>                    Plaintiff,<br><br>     v.<br><br>CHILDREN'S HOSPITAL AND REGIONAL MEDICAL CENTER, INC., a Washington Corporation and MARTHA A. DIMMERS, an individual,<br><br>                    Defendants. | Case No. C08-381RSL<br><br>ORDER GRANTING STAY |

THIS MATTER comes before the Court on "Plaintiff's Motion to Stay Proceedings Pursuant to 50 U.S.C. App. § 522" (Dkt. # 22) and her amended request for relief (Dkt. # 29). The parties agree that this matter should be stayed during plaintiff's deployment, but request that the Court first rule on the cross-motions for summary judgment. Having considered the papers submitted by the parties, plaintiff's request for a stay beginning on August 8, 2008, is hereby GRANTED. The stay will not preclude the Court from issuing its ruling on any

ORDER GRANTING STAY

motions noted for hearing prior to or on August 1, 2008.  This action will remain stayed until August 18, 2009, unless extended by further order of the Court.

Dated this 23rd day of June, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING STAY