UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLY N. HANSEN,

                Plaintiff,

v.

CHILDREN'S HOSPITAL AND REGIONAL MEDICAL CENTER, INC., *et al.*,

                Defendants.

No. C08-0381RSL

ORDER

On June 23, 2008, the above-captioned matter was stayed until August 18, 2009, to accommodate plaintiff's deployment. The parties are directed to confer and provide the Court with a second Joint Status Report (the "Report") by **September 15, 2009.** This conference shall be by direct and personal communication, whether that be a face-to-face meeting or a telephonic conference. The Report will be used in setting a schedule for the prompt completion of this matter. It must contain the following information by corresponding paragraph numbers:

1. A statement regarding plaintiff's current availability to participate in this action and/or the need for an extension of the stay.

2. A statement of the nature and complexity of all remaining issues.

3. Whether any additional discovery is necessary and, if so, a proposed discovery plan that indicates:

ORDER

1         A.     The subjects on which discovery is still needed; and

2         B.     The date by which the remainder of discovery can be completed.

    4.    What alternative dispute resolution procedures were used before the stay and whether the parties believe that additional settlement efforts would be beneficial.

    5.    Whether the parties agree that a full-time Magistrate Judge may conduct all proceedings, including trial and the entry of judgment, under 28 U.S.C. § 636(c) and Local Rule MJR 13. Agreement in the Report will constitute the parties' consent to referral of the case to a full-time Magistrate Judge.

    6.    Whether the case should be bifurcated by trying the liability issues before the damages issues, or bifurcated in any other way.

    7.    The date the case will be ready for trial.

    8.    The number of trial days required.

If the parties are unable to agree on any part of the Report, they may answer in separate paragraphs. No separate reports are to be filed.

The time for filing the Report may be extended only by Court order. Any request for extension should be made by telephone to the judicial assistant, Teri Roberts, at 206-370-8810. If settlement is achieved, counsel shall notify the deputy clerk, Kerry Simonds, at 206-370-8519. A failure by any party to comply fully with this Order may result in the imposition of sanctions.

DATED this 3rd day of September, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge